Certificate Number: 05781-CAE-DE-041554279

Bankruptcy Case Number: 26-25011

05781-CAE-DE-041554279

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 13, 2026, at 10:05 o'clock AM PDT, Danielle Clauson-Sevo completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date: October 13, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President